IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| TAMMIE WARREN, individually, and as Personal Representative of the Estate of Lonnie Roberts,<br><br>Plaintiff,<br><br>vs.<br><br>TOD WOFFORD; GORDY JESSUP; RAVALLI COUNTY, MONTANA; and DOES 1-10,<br><br>Defendants. | CV 16–31–M–DLC<br><br>ORDER |
|---|---|

Plaintiff Tammie Warren ("Warren"), acting pro se, moves the Court for a signed letter from the undersigned in order to facilitate the release of information. Warren's motion, however, fails to adhere to this District's Local Rules. Specifically, Local Rule 7.1 states that "[t]he text of the motion must state that other parties have been contacted and state whether any party objects to the motion." L.R. 7.1(c)(1). Warren's motion fails to do so. Accordingly, the Court will deny Warren's motion with leave to renew. If Warren refiles her motion, she must first contact opposing counsel and determine whether her motion is opposed.

IT IS ORDERED that Plaintiff Tammie Warren's motion (Doc. 21) is DENIED with leave to renew.

Dated this 27th day of December, 2016.

*signature*
Dana L. Christensen, Chief Judge
United States District Court