UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMMIE WARREN, individually, and as Personal Representative of the Estate of Lonnie Roberts,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TOD WOFFORD, et al.,<br><br>　　　　　　　Defendants. | Case No. CV-16-31-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff in accordance with the Order issued on today's date.

　　　Dated this 9th day of November, 2017.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ A.S. Goodwin
　　　　　　　　　　　　　　　　A.S. Goodwin, Deputy Clerk